UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) ECONOMIC DEVELOPMENT AUTHORITY OF THE FORT SILL CHIRICAHUA WARM SPRINGS APACHE TRIBE, | ) ) ) ) ) | |
| PLAINTIFF | ) ) | |
| v. | ) ) | Case No. CIV-24-661-R |
| (1) THE BUSINESS COMMITTEE OF THE FORT SILL CHIRICAHUA WARM SPRINGS APACHE TRIBE,<br>(2) JENNIFER HEMINOKEKY individually and in her official capacity as Chairperson,<br>(3) PAMELA EAGLESHIELD individually and in her official capacity as Vice Chairperson,<br>(4) JAMES DEMPSEY, individually and in his official capacity as Secretary Treasurer,<br>(5) JEANETTE MANN, individually and in her official capacity as Committee Member,<br>(6) DOUGLAS SPORES, individually and in his official capacity as Committee Member,<br>(7) DOLLY LORETTA BUCKNER, individually and in her official capacity as Committee Member, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

**PLAINTIFF'S AMENDED AFFIDAVIT IN SUPPORT OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND BRIEF IN SUPPORT**

1

On June 28, 2024, Plaintiff, Economic Development Authority of the Fort Sill Chiricahua Warm Springs Apache Tribe (the "EDA"), filed its Motion for Temporary Restraining Order and Brief in Support (the "Motion"). [Doc. No. 3]. In support of the Motion, Plaintiff filed the Affidavit of Michael Darrow (the "Affidavit"). [Doc. No. 3-7]. Paragraph 20(c) of the Affidavit states that a Notice of Technical Default had been issued by Bank of Oklahoma on June 26, 2024. This statement was in an early draft of the Affidavit but was removed. Later drafts of the Affidavit did not contain this factual error, but the initial draft was mistakenly executed and submitted with the pleadings.

As such, Plaintiff hereby withdraws the Affidavit [Doc. No. 3-7] in its entirety and hereby submits in its place the attached Amended Affidavit of Michael Darrow in Support of Motion for Temporary Restraining Order.

/s/ Ryan S. Wilson
Ryan S. Wilson, OBA #14340
WILSON LAW FIRM
Post Office Box 891390
Oklahoma City, OK 73189
Telephone: (405) 246-0092
Facsimile: (405) 246-9652
ryan@RSWilsonlaw.com
**ATTORNEY FOR PLAINTIFF**